IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-035-KDB-DCK

| | |
|---|---|
| SCSI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KACO USA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Marc C. Tucker, concerning Dennis W. Loughlin, on June 20, 2019. Dennis W. Loughlin seeks to appear as counsel *pro hac vice* for Plaintiff.

Upon review and consideration of the motion, it appears that Plaintiff's form application for Mr. Loughlin to appear *pro hac vice* is incomplete. (Document No. 7); see also www.ncwd.uscourts.gov/local-forms/civil-forms. As such, the Court will deny the motion, without prejudice to Plaintiff re-filing its motion or filing a supplement that includes the missing information.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: June 24, 2019

David C. Keesler
United States Magistrate Judge