# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-035-KDB-DCK

| | |
|---|---|
| SCSI, LLC, as assignee of SCSI (Suzhou) Quality Service Co., Ltd., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| KACO USA, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Leave To File Amended Complaint" (Document No. 20) filed September 24, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting counsel for Defendant has no objection to the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Leave To File Amended Complaint" (Document No. 20) is **GRANTED**. Plaintiff shall file an Amended Complaint on or before **September 27, 2019**.[1]

**SO ORDERED**.

Signed: September 25, 2019

David C. Keesler
United States Magistrate Judge

---

[1] The "Administrative Procedures Governing Filing and Service by Electronic Means," revised January 1, 2018, at Part II, Section A, Paragraph 8, provide that: "If filing a document requires leave of the Court, such as an amended complaint, the attorney shall attach the proposed document as an exhibit to the motion according to the procedures in IV. If the Court grants the motion, the filer will be responsible for electronically filing the document on the case docket."