IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-035-KDB-DCK

| | |
|---|---|
| SCSI, LLC, and SCSI (SUZHOU) QUALITY SERVICE CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| KACO USA, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) filed by Alexandra J. Hirsch, concerning Katherine L. Pullen on September 14, 2020. Katherine L. Pullen seeks to appear as counsel *pro hac vice* for Plaintiffs, SCSI, LLC, and SCSI (Suzhou) Quality Service Co., Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 31) is **GRANTED**. Katherine L. Pullen is hereby admitted *pro hac vice* to represent Plaintiffs, SCSI, LLC, and SCSI (Suzhou) Quality Service Co., Ltd.

Signed: September 14, 2020

David C. Keesler
United States Magistrate Judge