UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00035

SCSI, LLC,

    Plaintiff,

v.

KACO USA, INC.,

    Defendant.

**CONSENT JUDGMENT**

In accordance with this Court's Order dated December 22, 2020, (Docket Entry No. 51), and upon agreement between the parties, a **JUDGMENT** is hereby entered against Defendant Kaco USA, Inc. in favor of Plaintiff SCSI, LLC in accordance with the Court's Order. As stipulated to by the parties, Plaintiff is entitled to a Judgment in its favor in the principal amount of $456,461.58, plus: (1) prejudgment interest in the amount of $196,161.70 as provided for by the contract between the parties, (2) post-judgment interest as provided by statute, and (3) statutory attorney fees pursuant to North Carolina General Statute 6-21.2(2) in the amount of $80,286.20.

Signed: February 3, 2021

Kenneth D. Bell
United States District Judge

Stipulated this 3rd day, of February 2021:

/s/  Alexandra J. Hirsch
Alexandra J. Hirsch
N.C. Bar No. 47808
FOX ROTHSCHILD LLP
101 N. Tryon Street, Suite 1300
Charlotte, North Carolina 28246
Telephone: 704-384-2600
Fax: 704-384-2800
E-mail: ahirsch@foxrothschild.com

Dennis W. Loughlin (*admitted pro hac vice*)
Katherine L. Pullen (*admitted pro hac vice*)
WARNER NORCROSS + JUDD LLP
2000 Town Center, Suite 2700
Southfield, Michigan 48075
248-784-5000
dloughlin@wnj.com
kpullen@wnj.com

Marc C. Tucker
N.C. Bar No. 25722
FOX ROTHSCHILD LLP
434 Fayetteville St., Suite 2800
Raleigh, North Carolina 27601-2943
Telephone: 919-755-8713
E-mail: mtucker@foxrothschild.com

*Counsel for SCSI, LLC*

/s/  William W. Pollock
William W. Pollock
N.C. Bar No. 19381
PO BOX 31507
Raleigh, NC 27622
bpollock@rl-law.com
919-787-5200
*Counsel for Kaco USA, Inc.*